# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAOSHENG INTERNATIONAL SHIP LEASE CO., LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-310** |
| **ARGIRONISSOS M/T, ET AL.** | **SECTION: R(3)** |

## ORDER REALLOTTING CASE

Plaintiff Haosheng International Ship Lease Co., Ltd. is represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455(a) and (b) and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 12th day of February, 2021.

February 12, 2021

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

REALLOTTED TO

**SECT. M**