IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAOSHENG INTERNATIONAL SHIP LEASE CO., LIMITED, § § § § Plaintiff, § v. § _____ § § § M/T ARGIRONISSOS, § Her engines, boilers, tackle, furniture, § apparel, appurtenances, etc., *in rem*; § ELETSON CHARTERING INC., *in* § *personam*; ELETSON HOLDINGS § INC., *in personam*; ELETSON § CORPORATION, *in personam*, § Defendants. § | C.A. No. 21-310 SECTION M(3) IN ADMIRALTY, Rule 9(h) |

## **VERIFIED STATEMENT OF INTEREST**

Plaintiff, Haosheng International Ship Lease Co., Limited ("Plaintiff" or "Haosheng"), files this Verified Statement of Interest pursuant to Rule C(6) and Rule D of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions ("Admiralty Rules"), and respectfully shows as follows.

Haosheng International Ship Lease Co., Limited, is the registered owner of the M/T ARGIRONISSOS ("Vessel"). Haosheng has a present right to possession of the Vessel because Eletson Chartering, Inc. ("Eletson"), a defendant, is in breach of the bareboat charter party and the bareboat charter party has terminated and Haosheng has delivered notices to Eletson regarding these facts, as stated in the Verified Original Complaint and as demonstrated by the exhibits attached to the Complaint (Dkt. No. 1).

As registered owner with legal title to the Vessel, Haosheng has the right and interest to demand restitution and possession of the Vessel in this case.

Respectfully submitted,

**HOLMAN FENWICK WILLAN USA LLP**

*/s/ Christopher R. Hart*
Michael J. Wray
Fed. ID No. 381651
Texas: 24052191
Christopher R. Hart
Fed. ID No. 12517
Texas: 09136310
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone: (713) 917-0888
Telefax: (713) 953-9470
michael.wray@hfw.com
chris.hart@hfw.com
**ATTORNEY-IN-CHARGE**
**FOR HAOSHENG INTERNATIONAL SHIP**
**LEASE CO., LIMITED, PLAINTIFF**

**CO-COUNSEL FOR PLAINTIFF**
Grady S. Hurley (La. Bar. # 13913)
Jeanne L. Amy (La. Bar. # 37012)
Jones Walker LLP
201 St. Charles Ave – 48th Floor
New Orleans, LA 70170-5100
Tel: 504.582.8224
Fax: 504.589.8224
ghurley@joneswalker.com
jamy@joneswalker.com

## VERIFICATION OF STATEMENT OF INTEREST

Pursuant to 28 U.S.C. § 1746, Fang Xiuzhi declares:

1.     My name is Fang Xiuzhi. I am an authorized representative of Haosheng International Ship Lease Co., Ltd., the Plaintiff in the above captioned dispute.

2.     I have read the foregoing Verified Statement of Interest and know the contents thereof.

3.     The facts asserted in the Verified Statement of Interest are true and correct within my personal knowledge, information, and belief.

4.     Haosheng International Ship Lease Co., Ltd., is the registered owner of the M/T ARGIRONISSOS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March ____, 2021.

Signed: _____

Fang Xiuzhi, Director,

Haosheng International Ship Lease Co., Ltd.